# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.                                                           Case No.  8:06-CR-278-T-EAJ

**RONALD PESSOA**

_____/

## ORDER REVOKING PROBATION

Pursuant to notice, a final revocation hearing was held in open court on September 12, 2006. The defendant appeared with counsel, AFPD David Secular. Also present was the probation officer and Assistant United States Attorney Jay Hoffer.

At the hearing, the defendant admitted to the allegations that he failed to comply with conditions of his probation as set forth in paragraphs 2 through 7. At the hearing, the government withdrew the alleged violation in paragraph 1 of the petition for revocation. All six violations are Grade B violations and include four positive urinalyses within a period of six months. Therefore, revocation is required and no exceptions are appropriate. 18 U.S.C. § 3565(b)(1).

In consideration of the factors set forth in 18 U.S.C. § 3553(a), including applicable guidelines and policy statements issued by the United States Sentencing Commission, the defendant's term of probation is REVOKED. The defendant is sentenced to 29 days of imprisonment, with credit for time served. Defendant shall serve a period of eleven (11) months of supervised release

In addition to the standard conditions of supervised release, defendant shall

a) participate, as directed by the Probation Officer, in an inpatient program for treatment of narcotic addiction or drug or alcohol dependency. This program may include testing for the

detection of substance use or abuse.  Further, the defendant shall be required to contribute to the costs of services for such treatment not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Substance Abuse Treatment Services.

     b) participate as directed in a program of mental health treatment approved by the United States Probation Officer.  Further, the defendant shall be required to contribute to the costs of services for such treatment not to exceed an amount determined reasonable by the Probation Officer based on ability to pay or availability of third party payment and in conformance with the Probation Office's Sliding Scale for Mental Health Treatment Services.

     Defendant shall be permitted to voluntarily surrender when an appropriate facility becomes available.

     DONE AND ORDERED, at Tampa, Florida this __15th__ day of September, 2006.

_____
ELIZABETH A JENKINS
United States Magistrate Judge